[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11322
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 14, 2010
JOHN LEY
CLERK

D. C. Docket No. 4:09-cr-00071-SPM-WCS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN KRPATA

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(September 14, 2010)

Before TJOFLAT, PRYOR and FAY,  Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, Assistant Federal Public Defender and appellate counsel

for Steven Krpata in this direct criminal appeal, has moved to withdraw from

further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Krpata's conviction and sentence are **AFFIRMED.**